JS-6

SPENCER E. BENDELL, Cal. Bar No. 181220
Email: bendells@sec.gov
CAROL LALLY, Cal. Bar. No. 226392
Email: lallyc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH J. GRIGGS, JR.,<br><br>Defendant. | Case No. CV12-2203-GAF (FMOx)<br><br>[PROPOSED] FINAL JUDGMENT AS TO DEFENDANT NOAH J. GRIGGS, JR. |

The Securities and Exchange Commission having filed a Complaint and Defendant Noah J. Griggs, Jr. ("Defendant" or "Griggs") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5(a) & (c)], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act, 15 U.S.C. § 78u(d)(2), Defendant is prohibited, for ten (10) years following the date of entry of this Final

1  Judgment, from acting as an officer or director of any issuer that has a class of
2  securities registered pursuant to Section 12 of the Exchange Act, 15 U.S.C. § 78l,
3  or that is required to file reports pursuant to Section 15(d) of the Exchange Act, 15
4  U.S.C. § 78o(d).

## III.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
7  Defendant is liable for disgorgement of $145,430, representing profits gained as a
8  result of the conduct alleged in the Complaint, together with prejudgment interest
9  thereon in the amount of $11,035.74, and a civil penalty in the amount of
10 $111,730 pursuant to Section 21A of the Exchange Act, 15 U.S.C. § 78u-1.
11 Defendant shall satisfy this obligation by paying $268,195.74 within 14 days after
12 entry of this Final Judgment by certified check, bank cashier's check, or United
13 States postal money order payable to the Securities and Exchange Commission.
14 The payment shall be delivered or mailed to the Office of Financial Management,
15 Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington
16 DC 20549, and shall be accompanied by a letter identifying Noah J. Griggs, Jr. as
17 a defendant in this action; setting forth the title and civil action number of this
18 action and the name of this Court; and specifying that payment is made pursuant
19 to this Final Judgment. Defendant shall pay post-judgment interest on any
20 delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the
21 funds paid pursuant to this paragraph to the United States Treasury.

## IV.

23 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this
24 Court shall retain jurisdiction of this matter for the purposes of enforcing the
25 terms of this Final Judgment.
26 ///
27 ///
28 ///

## V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated 3/26, 2012.

_____
UNITED STATES DISTRICT JUDGE